# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINKI SINGH,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MANUEL FRUTOS, et al.,<br><br>　　　　　Defendants. | Case No. 1:25-CV-00606 JLT BAM<br><br>ORDER DISMISSING CASE PURSUANT TO FED. R. CIV. P. 41(a)(2). |

On September 19, 2025, Plaintiff filed a notice of voluntary dismissal of the entire action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Doc. 12 .) Because Defendants County of Madera and Manuel Frutos filed an answer to the complaint on July 9, 2025, (Doc. 7), the Court construed Plaintiff's notice as a motion to dismiss the action pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendants have now filed a statement of non-opposition to dismissal without prejudice. (Doc. 15.) Therefore, pursuant to Rule 41(a)(2), this case is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

　　Dated:   **October 2, 2025**　　　　　　　　　　　　／s／ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1